UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj0150 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MINERVA GOPAR OCHOA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101

Dated:  January 22, 2008
    /s/  Erick  L.  Guzman
    ERICK L. GUZMAN
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    E-mail: erick_guzman@fd.org