FILED

FEB 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR450-W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony) |
| MINERVA GOPAR OCHOA, ) aka Maria T. Rivas De Mendez,) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 17, 2008, within the Southern District of California, defendant MINERVA GOPAR OCHOA, in a matter within the jurisdiction of the Department of Homeland Security, Bureau of Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to Customs and Border Protection Officer W. Renold, that she was a United States citizen, whereas in truth and

//
//
//
//
//
//

CPH:pcf
1/25/08

1  fact, as defendant then and there well knew, those statements and
2  representations were false, fictitious and fraudulent when made; in
3  violation of Title 18, United States Code, Section 1001.
4  DATED: February 21, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

/s/ 
CAROLINE P. HAN
Assistant U.S. Attorney