AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

MINERVA GOPAR OCHOA

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR450-W

I, __MINERVA GOPAR OCHOA__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/21/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd